Aaron R. Feldman (SBN105692)
Feldman Law Group
1855 Olympic Blvd., #125
Walnut Creek, CA 94596
Tel.:(925)283-6691
Fax: (925)478-5036
Attorneys for Defendant
Alex Yan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | Case No.  3:16-cv-1284-JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT** |
| v. | |
| RICHARD A. MADDEN, et al.; | |
| Defendants. | Judge:      Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:

1. That the time for DEFENDANT ALEX YAN to answer the Complaint is extended up to and including May 12, 2016.

Good cause exists for this requested extension in that Defendant is leaving town with his son for a planned vacation and is unable to confer with counsel regarding a response to the Complaint and also to confer with his landlord, a co-defendant, who is also apparently out of town during the period when this defendant's responsive pleading is due and could not with reasonable diligence complete the answer prior to the date it is due (April 12, 2016).

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED:

DATED: April 9, 2016

          CENTER FOR DISABILITY ACCESS

By:   /s/ PHYL GRACE
     PHYL GRACE
     Attorneys for Plaintiff
     SCOTT JOHNSON

DATED: April 9, 2016

          FELDMAN LAW GROUP

By:   /s/ Aaron R. Feldman.
     AARON R. FELDMAN
     Attorneys for Defendant
     ALEX YAN

Dated: 4/11/16      IT IS SO ORDERED.
                    /s/ Joseph C. Spero
                    Chief Magistrate Judge